1  Roger J. Leo, OSB No. 73179
   e-mail: roger@rogerleo.com
2  Attorney at Law
   520 SW Yamhill, Suite 1025
3  Portland, OR 97204
4  tel. (503) 222-1414
   fax (503) 274-4773
5          Attorney for Plaintiff

6  Jeffrey B. Wilkinson, OSB No. 89383
   Matthew A. Wand, OSB No. 00418
7  Stewart Sokol & Gray LLC
   2300 SW First Avenue, Suite 200
8  Portland, OR 97201-5047
9  tel. (503) 221-0699
   fax (503)-223-5706
10         Attorneys for Defendants

FILED'05 SEP 19 09:45USDC-ORP

11

12                UNITED STATES DISTRICT COURT
                       DISTRICT OF OREGON
13

14

15  KNIT PEARL, LLC, an Oregon limited    )   Civil No. 05-845-ST
    liability company,                    )
                                          )
16                                        )
                      Plaintiff,          )
17                                        )   ORDER REALIGNING
         vs.                              )   PLEADINGS
18                                        )
    SHIBUI, LLC, an Oregon limited        )
19  liability company; and DARCILYNN      )
    CAMERON, an individual,               )
20                                        )
                      Defendants.         )
21

22
         The above-captioned matter coming on upon the stipulation of the parties, appearing
23
    through their counsel of record, and agreeing that claims pending in the above matter together with
24
    claims pending in Multnomah County Circuit Court Case No. 0505-05280, which is removed to
25
    this case, shall be consolidated in the same action;

26
PAGE                                                        ROGER J. LEO
                                                            Attorney at Law
         1 - ORDER REALIGNING PLEADINGS                     520 S.W. Yamhill, Suite 1025
                                                            Portland, Oregon 97204
                                                            (503) 222-1414

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff Knit Pearl, LLC shall file an Answer to the Multnomah County Circuit Court case Complaint, within ten days of the date of entry of this Order, which shall consolidate the claims originally stated in Plaintiff's Complaint in this case with any affirmative matters addressing the defenses raised by Knit Pearl, Inc. to the Multnomah County Circuit Court action.

2. Plaintiff's original Complaint shall thereafter be dismissed, without prejudice, and with leave to Plaintiff to consolidate all of Plaintiff's claims stated in this federal court litigation in Plaintiff's consolidated Answer.

3. For purposes of the record of this case, the names of the parties and their alignment as Plaintiff and Defendant shall not be affected by this Order.

DATED this __ day of ~~August~~/September, 2005.

_____
Honorable Janice Stewart
United States Magistrate Judge

IT IS SO STIPULATED:

_____         _____
Roger J. Leo, OSB No. 73179              Jeffrey B. Wilkinson, OSB No. 89383
Attorney for Plaintiff                   Matthew A. Wand, OSB No. 00418
                                         Attorneys for Defendants

PAGE 2 - ORDER REALIGNING PLEADINGS

ROGER J. LEO
Attorney at Law
520 S.W. Yamhill, Suite 1025
Portland, Oregon 97204
(503) 222-1414

# CERTIFICATE OF SERVICE

I hereby certify that I made service copies of the foregoing **ORDER REALIGNING PLEADINGS** upon the following party(ies) by causing to be mailed in the United States Post Office at Portland, Oregon, on the 14th day of September, 2005, a certified, true, exact and full copy thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

Jeffrey B. Wilkinson and
Matthew A. Wand
Stewart Sokol & Gray, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047.
Of Attorneys for Defendants

Roger J. Leo, OSB #73179
520 SW Yamhill, Suite 1025
Portland, OR 97204
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**